UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER PATTON, | Case No. 8:20-cv-01281-DOC (KESx) |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER** |
| vs. | |
| HOME DEPOT U.S.A., INC.; LL BUILDING PRODUCTS, INC.; and DOES 1 to 100, Inclusive, | **[Discovery Document: Referred to Magistrate Judge Karen E. Scott]** |
| Defendants. | |

Upon consideration of the Parties' Stipulation for Protective Order and for good cause shown, it is hereby ORDERED that the Protective Order is granted.

DATED: December 23. 2020

_____
HON. KAREN E. SCOTT
United States Magistrate Judge

-1-

[PROPOSED] ORDER GRANTING STIPULATION FOR PROTECTIVE ORDER